CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

NOV 18 2004

JOHN F. CORCORAN, CLERK
BY:
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JESSE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:02CV00054 |
| ) | |
| v. ) | **JUDGMENT ORDER** |
| ) | |
| STAPLES, INC., d/b/a ) | |
| THE OFFICE SUPERSTORE ) | |
| STAPLES, INC., ) | |
| ) | |
| Defendant. ) | |

It appearing that defendant, Staples, Inc., served an offer of judgment in the amount of $50,000, specifically including costs and attorneys fees accrued as of October 21, 2004, and that plaintiff, Jesse Williams, timely accepted and served notice thereof on defendant, pursuant to Rule 68 of the Federal Rules of Civil Procedure, **judgment is entered** in favor of plaintiff in accordance with that offer and acceptance.

**ENTER**: This November 18, 2004.

_____
DEPUTY CLERK