IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
For Harrisonburg
NOV 19 2004
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| **JESSE WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:02CV00054 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **THE OFFICE SUPERSTORE** | ) | By: Samuel G. Wilson |
| **STAPLES, INC.** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

The Clerk having entered judgment in accordance with Rule 68 of the Federal Rules of
Civil Procedure, the Clerk is **ORDERED** to strike this case from the court's active docket.

**ENTER**: This November 18, 2004.

_____
UNITED STATES DISTRICT JUDGE